# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 7, 2007

135134

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

In re Adoption of RIO MARCELLA BORGHESE,
Minor.

_____

SALLY BORGHESE,
            Petitioner-Appellant,

v

MICHIGAN CHILDREN'S INSTITUTE,
            Respondent-Appellee.

SC: 135134
COA: 274337
Kent Circuit Court Family
Division: 06-021909-AM

_____/

      On order of the Court, the application for leave to appeal the July 26, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 7, 2007

_____
Clerk

p1204